AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 11-4673

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Lane
was received by me on *(date)*   10/03/2011   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons on Evelyn Huang, a person of suitable age and discretion and associate general counsel for Fidelis Care New York located at 95-25 Queens Boulevard, Rego Park, NY 11374, on October 7, 2011.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/11/2011

*Server's signature*

Peter J. McLoughlin, Process Server
*Printed name and title*

P.O. Box 218
Island Park, New York 11558
*Server's address*

Additional information regarding attempted service, etc:

On October 11, 2011, deponent also enclosed a copy of the summons and complaint in a post-paid sealed wrapper properly addressed to the defendant at the defendant's last known address, 95-25 Queens Blvd., 7th Fl.,Rego Park, NY 11374, and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the state of New York. The envelope bore the legend "Personal & Confidential" and did not indicate on the outside thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.