# jackson|lewis
Attorneys at Law
Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| ALBANY, NY | DETROIT, MI | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| --- | --- | --- | --- |
| ALBUQUERQUE, NM | GREENVILLE, SC | MORRISTOWN, NJ | PROVIDENCE, RI |
| ATLANTA, GA | HARTFORD, CT | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAINT LOUIS, MO |
| BOSTON, MA | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN DIEGO, CA |
| CHICAGO, IL | LONG ISLAND, NY | ORLANDO, FL | SAN FRANCISCO, CA |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| DENVER, CO | MILWAUKEE, WI | PORTLAND, OR | WHITE PLAINS, NY |

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: TRIPPN@JACKSONLEWIS.COM

August 24, 2012

**VIA ECF**

Hon. Judge Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Karla Hidalgo, et al. v. New York State Catholic Health Plan, Inc. d/b/a Fidelis Care New York, et al.*
Civil Case No.: 11-CV-4673

Dear Judge Block:

We represent Defendants in the above-referenced matter, and write on behalf of both parties to provide a status update per the Court's instructions (Minute Order, 06/12/2012). The parties in this case stipulated to limited conditional certification of a collective action and dissemination of notice under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b), which Your Honor approved (Dkt 39, Minute Order, 06/20/12). The third party administrator mailed the FLSA Notice on July 17, 2012. Per the parties' agreement, the deadline to join the case is thus September 20, 2012. The parties are in the process of conferring regarding necessary pre-mediation discovery and the scheduling of mediation with Mediator Raisfeld (*id.* ¶¶ 5,6). Please let us know if the Court requires additional information at this time.

Respectfully submitted,

JACKSON LEWIS LLP

Noel P. Tripp

NPT:dc

cc: Wendy J. Mellk, Esq. (internal)
Brian S. Schaffer, Esq. (*via ECF*)
Joseph A. Fitapelli, Esq. (*via ECF*)