# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ALBUQUERQUE, NM | GREENVILLE, SC | MORRISTOWN, NJ | PROVIDENCE, RI |
| ATLANTA, GA | HARTFORD, CT | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAINT LOUIS, MO |
| BOSTON, MA | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN DIEGO, CA |
| CHICAGO, IL | LONG ISLAND, NY | ORLANDO, FL | SAN FRANCISCO, CA |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| DENVER, CO | MILWAUKEE, WI | PORTLAND, OR | WHITE PLAINS, NY |

DIRECT DIAL: (212) 545-4073
EMAIL ADDRESS: MELLKW@JACKSONLEWIS.COM

April 19, 2013

**VIA ECF**

Hon. Judge Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *Karla Hidalgo, et al. v. New York State Catholic Health Plan, Inc. d/b/a Fidelis Care New York, et al.*
        Civil Case No.: 11- CV-4673

        *Eylul Simsek, et al. v. New York State Catholic Health Plan, Inc. d/b/a Fidelis Care New York, et al.*
        Civil Case No.: 11- CV-5393

Dear Judge Block:

      We represent Defendants in the above-referenced Fair Labor Standards Act (FLSA) and New York Labor Law matters, and submit this letter jointly with Plaintiffs' counsel further to our most recent status updates (*Hidalgo* Dkt. 96; *Simsek* Dkt. 31) to confirm that the parties have finalized the two settlement agreements as to form, and are in the process of obtaining signatures. Unfortunately, the signature process will not be completed today. The parties will endeavor to submit the final agreements as early as possible in the upcoming week.

                                    Respectfully submitted,

                                      JACKSON LEWIS LLP

                                      Wendy J. Mellk

WJM:dc
cc:    Brian S. Schaffer, Esq. (*via ECF*)
       Joseph A. Fitapelli (*via ECF*)
       Noel P. Tripp (internal)